## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAMIEN BRIGGS,

        Plaintiff,

v.                                 Case No:   6:23-cv-1662-WWB-LHP

CITY OF DAYTONA BEACH and
ROGER LAWSON,

        Defendants

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER AND MEMORANDUM OF LAW (Doc. No. 46)** |
| **FILED:** | **January 2, 2025** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not comply with the Standing Order on Discovery Motions, specifically the word limitations.   *See* Doc. No. 22 ¶ 2.   The Court also notes that

the subpoena attached to the motion is blank, rendering it unclear what Plaintiff is

seeking to quash.   *See* Doc. No. 46-1, at 3–4.

      **DONE** and **ORDERED** in Orlando, Florida on January 3, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties