**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAMIEN BRIGGS,

    Plaintiff,

v.                                  Case No:   6:23-cv-1662-WWB-LHP

CITY OF DAYTONA BEACH and
ROGER LAWSON,

    Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion to Compel Defendant's Response to Plaintiff's Third Request for Production. Doc. No. 66. On review, the motion (Doc. No. 66) is **DENIED without prejudice** for failure to comply with the word limitations in the Standing Order on Discovery Motions. *See* Doc. No. 22 ¶ 2 ("**Neither the Motion nor any response thereto shall exceed 500 words**, exclusive of caption, signature block, and certifications." (emphasis in original)).

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties